**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID JOSEPH O'KEEFE, | |
| Plaintiff, | |
| v. | C.A. No. 26-_____ |
| EAST VILLAGE HOSPITALITY, LLC, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiff DAVID JOSEPH O'KEEFE by and through its undersigned counsel, brings this

Complaint against Defendant EAST VILLAGE HOSPITALITY, LLC for damages and

injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.      Plaintiff DAVID JOSEPH O'KEEFE ("O'Keefe") brings this action for violations

of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute O'Keefe's

original copyrighted Work of authorship.

2.      David Joseph O'Keefe is a U.S.-based artist. His work focuses on original artistic

creations, contributing to the contemporary art space through distinctive visual expression.

Through his company, David O'Keefe Artist, LLC, he manages and develops his creative

portfolio, including the production, licensing, and protection of his artwork.

3.      O'Keefe's work is transformative, capturing not just the likeness of his subjects,

but their personalities as well.  He is renowned for his epic Godfather and Caddyshack tributes,

as well as many other popular stars of the last century.  His work is sold through galleries across

the country and in Europe. O'Keefe's work has won numerous awards from such organizations as

The Society of Illustrators (NY and LA), American Illustration, Communication Arts, National

Headliner Awards, Dimensional Illustrators, and the Society of News Design. Currently, O'Keefe is concentrating on creating new art through commissions approved licensees and selling his art through approved retailers and licensees.

4.    Defendant EAST VILLAGE HOSPITALITY, LLC ("EVH") is doing business as Dewey Beach Country Club, a sports bar and grill known for its casual atmosphere, comfort food, and late-night hours. At all times relevant herein, EVH owned and operated the internet webpage located at the URL https://www.facebook.com/DeweyBeachCountryClub/ (the "Webpage").

5.    O'Keefe alleges that EVH copied O'Keefe's copyrighted work from the internet in order to advertise, market and promote its business activities. EVH committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the EVH's business.

## JURISDICTION AND VENUE

6.    This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8.    EVH is subject to personal jurisdiction in Delaware.

9.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, EVH engaged in infringement in this district, EVH resides in this district, and EVH is subject to personal jurisdiction in this district.

## DEFENDANT

10.    East Village Hospitality, LLC is a Delaware Limited Liability Company, with its principal place of business at 1705 Coastal Hwy, Units 1 and 2, Dewey Beach, DE 19971, and

can be served by serving its Registered Agent, The First State Registered Agent Company, 1925

Lovering Ave., Wilmington, DE, 19806.

**THE COPYRIGHTED WORK AT ISSUE**

11.     In 2010, O'Keefe created the photograph entitled "Bushwood - A Tribute to the

Caddyshack," which is shown below and referred to herein as the "Work." It is one of Mr.

O'Keefe's most renowned works.

**THE COPYRIGHTED WORK:**



12.     O'Keefe registered the Work with the Register of Copyrights on March 15, 2012,

and was assigned registration number VA 1-811-442. A true and accurate copy of the Certificate

of Registration is attached hereto as **Exhibit 1**.

13.     At all relevant times O'Keefe was the owner of the copyrighted Work.

## INFRINGEMENT BY EVH

14.    EVH has never been licensed to use the Work for any purpose.

15.    On a date after the Work at issue in this action was created, but prior to the filing of this action, EVH copied the Work.

16.    On or about September 1, 2025, O'Keefe discovered the unauthorized use of its Work on the Webpage. EVH used the Work as the cover photo for their Webpage and posted the Work on multiple occasions in connection with said page, as evidenced by the documents attached hereto as **Exhibit 2**.

17.    EVH also publicly displayed the Work without authorization on the sign outside its business. The Work is featured prominently, shown below and in the evidence attached hereto as **Exhibit 3**.

### INFRINGING USE IN EVH SIGN:





18.     EVH copied O'Keefe's copyrighted Work without O'Keefe's permission.

19.     After EVH copied the Work, it made further copies and distributed the Work on the internet and in public to promote the sale of goods and services in connection with its restaurant operations.

20.     EVH copied and distributed O'Keefe's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

21.     EVH committed copyright infringement of the Work as evidenced by the documents in **Exhibits 2 and 3**.

22.     O'Keefe never gave EVH permission or authority to copy, distribute or display the Work for any purpose.

23.     O'Keefe notified EVH of the allegations set forth herein on September 22, 2025. To date, the parties have failed to resolve this matter.

5

## COUNT I
## COPYRIGHT INFRINGEMENT

24.     O'Keefe incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25.     O'Keefe owns a valid copyright in the Work.

26.     O'Keefe registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27.     EVH copied, displayed, and distributed the Work and made derivatives of the Work without O'Keefe's authorization in violation of 17 U.S.C. § 501.

28.     EVH performed the acts alleged in the course and scope of its business activities.

29.     Defendant's acts were willful.

30.     O'Keefe has been damaged.

31.     The harm caused to O'Keefe has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

32.     O'Keefe incorporates the allegations of paragraphs 1 through 23 of this First Amended Complaint as if fully set forth herein.

33.     The Work at issue contains CMI in the form of the title of the work, as well as the name of the author placed directly above the Work as displayed by O'Keefe at Bushwood - Tribute to Caddyshack – David O'Keefe Studios, as shown in part below and emphasized with red circles:

6





34.    EVH knowingly and with the intent to enable or facilitate copyright infringement, removed or failed to display the CMI in the Work or distributed the Work knowing that the CMI had been removed in violation of 17 U.S.C. § 1202(b), as shown in the examples below and in **Exhibit 2**.

**EVH Facebook post:**



7

**EVH Facebook event:**



**EVH outdoor signage:**



35.    By displaying the Work on their outdoor signage and posting the Work to their Facebook page and encouraging its distribution to third parties without including the CMI, EVH distributed and publicly performed copies of the Work knowing that copyright management information had been removed without authority of O'Keefe.

36.    EVH committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of O'Keefe's rights in the Work protected under the Copyright Act.

37.     Defendants caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of O'Keefe's rights in the Work at issue in this action protected under the Copyright Act.

38.     O'Keefe has been damaged.

39.     The harm caused to O'Keefe has been irreparable.

### COUNT III
### ADDITION OF FALSE COPYRIGHT MANAGEMENT INFORMATION

40.     O'Keefe incorporates the allegations of paragraphs 1 through 23 of this First Amended Complaint as if fully set forth herein.

41.     The Work contains false CMI.

42.     EVH knowingly and with the intent to enable or facilitate copyright infringement, added CMI by uploading the Work to their Facebook page as their cover photo and causing "Dewey Beach Country Club" to appear over the Work and also underneath the Work, in violation of 17 U.S.C. § 1202(a), as shown below.



43.     EVH knowingly and with the intent to enable or facilitate copyright infringement, added CMI by adding the Work to their Facebook post and causing "Dewey Beach Country

Club" to appear and be conveyed in connection with the Work, in violation of 17 U.S.C. § 1202(a), as shown below.





44.    EVH committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of O'Keefe's rights in the Work protected under the Copyright Act.

45.     EVH caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of O'Keefe's rights in the Work.

46.     EVH applied its own false CMI upon the Work.

47.     After applying the false CMI to the Work, EVH published the Work in violation of 17 U.S.C. § 1202(a).

48.     O'Keefe has been damaged.

49.     The harm caused to O'Keefe has been irreparable.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff DAVID JOSEPH O'KEEFE prays for judgment against the Defendant EAST VILLAGE HOSPITALITY, LLC that:

a.     EVH and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 & 1202;

b.     EVH be required to pay O'Keefe his actual damages and Defendant's profits attributable to the infringement, or, at O'Keefe's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c.     O'Keefe be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.     O'Keefe be awarded pre- and post-judgment interest; and

e.     O'Keefe be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

O'Keefe hereby demands a trial by jury of all issues so triable.

11

Dated: June 25, 2026

*Of Counsel:*

Angela M. Nieves
**SRIPLAW**
21301 Powerline Rd.
Suite 212
Boca Raton, FL 33433
Phone: (561) 404-4350
angela.nieves@sriplaw.com

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff*
*David Joseph O'Keefe*