# EXHIBIT 1

**Registration Number**

# VA 1-811-442

**Effective date of registration:**

March 15, 2012

## Title

**Title of Work:** Bushwood - A Tribute to the Caddyshack

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 22, 2010    **Nation of 1st Publication:** United States

## Author

- **Author:** David Joseph O'Keefe
  **Author Created:** 2-D artwork

  **Citizen of:** United States    **Domiciled in:** United States
  **Year Born:** 1961

## Copyright claimant

**Copyright Claimant:** David Joseph O'Keefe

3520 Buckboard Lane, Brandon, FL, 33511, United States

## Rights and Permissions

**Name:** David Joseph O'Keefe

**Email:** rena@davidokeefe.com    **Telephone:** 813-684-4099

**Address:** 3520 Buckboard Lane

Brandon, FL 33511  United States

## Certification

**Name:** David O'Keefe

**Date:** March 15, 2012

**Applicant's Tracking Number:** CSS&#