# EXHIBIT 2

Page 1
(20+) Facebook
https://www.facebook.com/DeweyBeachCountryClub/



Captured by FireShot Pro: 22 September 2025, 09:28:05
https://getfireshot.com

Page 1
(20+) Facebook
https://www.facebook.com/photo/?fbid=480387694091501&set=a.480387657424838



Captured by FireShot Pro: 22 September 2025, 09:26:34
https://getfireshot.com

Page 1
(20+) Facebook
https://www.facebook.com/photo/?fbid=251007708770938&set=a.480387657424838



**Dewey Beach Country Club**
February 22, 2018 · 🌐

9                                    1 💬  1 ↗

👍 Like                    💬 Comment

Most relevant ▾

**Steven Knapp**
Where' the simulator?? I can help!!
7y   Like   Reply

Comment as Jason Aquilino

Captured by FireShot Pro: 22 September 2025, 09:27:10
https://getfireshot.com

Page 1
(14) Christmas Tree Decorating Party. | Facebook
https://www.facebook.com/events/756283441393324/

Events

Home

Your events

Notifications

+ Create new event

Recommended events                    See all

Today at 7 PM
Panel Discussion: North Cobb High School Football

Tomorrow at 4:30 PM – 6:30 PM
Sip & Social Community Event

Today at 11 AM – 2 PM
RM Steals & Deals

Categories

Classics

Comedy

Thursday, December 13, 2018 at 4PM

**Christmas Tree Decorating Party.**

Dewey Beach Country Club

About          Discussion

**Details**

24 people responded

Event by Dewey Beach Country Club

Dewey Beach Country Club

Public · Anyone on or off Facebook

We have a tree with lights but no decorations. We need your help. Stop out and help us make some decorations while enjoying Thursday Night Football, Prime Rib Night, 1/2 Price Bo... **See more**

Dewey Beach, Delaware

**Meet your host**

Dewey Beach Country Club

11 past events · Page · Bar & Grill · Sports Bar

Where membership has no advantages!

📞 Call now

**Suggested events**

Today at 5 PM
Bike Night in Woodstock at AMW!
615 Mauldin Dr, Woodstock, GA, United Stat...
611 people interested

☆ Interested

Fri, Mar 13 - Mar 15
Mega Dual Dealership Sales Event
Grand Motorcars Kennesaw
179 people interested

☆ Interested

**Dewey Beach Country Club**
1705 Coastal Hwy, Dewey Beach, DE

Where membership has no advantages!

**Guests**                              See all

3                    21
Went              Interested

**Popular with friends**

Happening now
All4Kids Marietta - Atlanta's Favorite Kids' Resale Popups
Jim Miller Park Marietta Ga
Christy

☆ Interested

Fri, May 8 at 7 PM
Savannah Bananas - Atlanta - May 8/9
Truist Park
Dana is interested

☆ Interested

Sat, May 23 at 10 AM
Ramblin' Raft Race Revival 2026
Morgan Falls Overlook Park
Barbara and Matt are interested

☆ Interested

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

Captured by FireShot Pro: 10 March 2026, 03:08:18 PM
https://getfireshot.com

Page 2
(14) Facebook
https://www.facebook.com/photo/?fbid=409352399603134&set=gm.756283454726656

