# EXHIBIT 3







**deweybeachcountryclub** • Follow

**deweybeachcountryclub** The old date night dinner for two. Excellent choice sir. Should we add that to the Underhills tab? Open at 9am for breakfast with Happy Hour until 6. Stop down and check us out.

#vueveclicquot #dinnerfortwo #happyhour #clublife #nomembershiprequired #deweybeach #dbcc #bestofdelaware #delaware #firststate #rehobothbeach #lewes #bethanybeach #fenwickisland #oceanview #sportsbar #fore #oceancity #firstclass

161w

   

**60 likes**

August 20, 2022

 Add a comment...                 Post