AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Osiris Aguilar Martinez*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the
District of Delaware

| | |
|---|---|
| **David Joseph O'Keefe** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:26-cv-00755-UNA |
| | ) |
| **East Village Hospitality, LLC** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to East Village Hospitality, LLC in New Castle County, DE on July 6, 2026 at 11:46 am at 1925 Lovering Ave, Wilmington, DE 19806-2157 by leaving the following documents with Denise Martell who as Legal Assistant at The First Registered Agent Company is authorized by appointment or by law to receive service of process for East Village Hospitality, LLC.

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR COPYRIGHT INFRINGEMENT
Race: White, Sex: Female, Est. Age: 45-54, Hair: Black, Glasses: N, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.7621977297,-75.5616648081
Photograph: See Exhibit 1

Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Philadelphia County           ,

   PA    on   7/6/2026     .

/s/ *Kimberly Mcmullin*

_____

Signature
Kimberly Mcmullin
+1 (484) 319-1715

Below are my previous attempts at serving East Village Hospitality, LLC:

Date / Time: July 3, 2026 11:37 am

Address: 1925 Lovering Ave, Wilmington, DE 19806-2157

Geolocation: https://google.com/maps?q=39.762211706,-75.561712835

Description: No contact was made at the service address. The office was observed to be closed at the time of the attempt, and no additional contacts were made.

Exhibit 1a)

