## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DAVID JOSEPH O'KEEFE,<br><br>      Plaintiffs,<br><br>    v.<br><br>EAST VILLAGE HOSPITALITY,<br>LLC,<br><br>      Defendant. | C.A. No. 26-755-CFC |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for

the admission *pro hac vice* of Angela M. Nieves of SRIPLAW, to represent Plaintiff

David Joseph O'Keefe in the above-captioned matter.


Dated:  July 7, 2026

 

                                       **SMITH, KATZENSTEIN &**
                                       **JENKINS LLP**

                                       */s/ Daniel A. Taylor*
                                       Neal C. Belgam (No. 2721)
                                       Daniel A. Taylor (No. 6934)
                                       1000 N. West Street, Suite 1501
                                       Wilmington, DE 19801
                                       (302) 652-8400
                                       nbelgam@skjlaw.com
                                       dtaylor@skjlaw.com

                                     *Attorneys for Plaintiff David Joseph*
                                     *O'Keefe*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of

Angela M. Nieves is GRANTED.

Dated:  July ____, 2026


_____
United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, The United States Court of Appeals for the 11th Circuit, the United States District Court for the District of Colorado, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Texas, and the United States District Court for the Western District of Texas. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

3

Dated: July 7, 2026

/s/ *Angela M. Nieves*
Angela M. Nieves
**SRIPLAW**
21301 Powerline Rd., Suite 212
Boca Raton, FL 33433
(561) 404-4350
angela.nieves@sriplaw.com

4