# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DAVID JOSEPH O'KEEFE,

      Plaintiffs,

    v.

EAST VILLAGE HOSPITALITY, LLC,

      Defendant.

C.A. No. 26-755-CFC

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for

the admission *pro hac vice* of Angela M. Nieves of SRIPLAW, to represent Plaintiff

David Joseph O'Keefe in the above-captioned matter.

Dated:  July 7, 2026

                              **SMITH, KATZENSTEIN & JENKINS LLP**

                              */s/ Daniel A. Taylor*
                              Neal C. Belgam (No. 2721)
                              Daniel A. Taylor (No. 6934)
                              1000 N. West Street, Suite 1501
                              Wilmington, DE 19801
                              (302) 652-8400
                              nbelgam@skjlaw.com
                              dtaylor@skjlaw.com

                              *Attorneys for Plaintiff David Joseph O'Keefe*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of

Angela M. Nieves is GRANTED.


Dated:  July ___, 2026


_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, The United States Court of Appeals for the 11th Circuit, the United States District Court for the District of Colorado, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Texas, and the United States District Court for the Western District of Texas. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 7, 2026

/s/ *Angela M. Nieves*
Angela M. Nieves
**SRIPLAW**
21301 Powerline Rd., Suite 212
Boca Raton, FL 33433
(561) 404-4350
angela.nieves@sriplaw.com

4

**CERTIFICATION FOR PRO HAC VICE ADMISSION OF LAWYER WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE LAW FOR PROFIT**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bar of the **State of Florida**; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1.  With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2.  I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

5

3. I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4. With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5. No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6. No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

Dated: July 7, 2026

/s/ *Angela M. Nieves*
Angela M. Nieves
**SRIPLAW**
21301 Powerline Rd., Suite 212
Boca Raton, FL 33433
(561) 404-4350
angela.nieves@sriplaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| DAVID JOSEPH O'KEEFE,<br><br>           Plaintiffs,<br><br>      v.<br><br>EAST VILLAGE HOSPITALITY,<br>LLC,<br><br>           Defendant. | C.A. No. 26-755-CFC |

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the attached motion complies with the type, font, and word limitations set forth in Judge Connolly's November 10, 2022 Standing Order Regarding Briefing in All Cases. According to the word processing system used to prepare it, the motion contains 34 words, excluding the case caption, tables, and signature block. The text of this document, was prepared in Times New Roman, 14-point font.

Dated:  July 7, 2026

                                        **SMITH, KATZENSTEIN &
                                        JENKINS LLP**

                                        */s/ Daniel A. Taylor*
                                        Daniel A. Taylor (No. 6934)

7