IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID JOSEPH O'KEEFE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | C.A. No.: 1:26-cv-00755-CFC |
| | : | |
| EAST VILLAGE HOSPITALITY, | : | |
| LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of George B. Codding II, Esquire of Margolis Edelstein as

counsel for Defendant East Village Hospitality, LLC in the above-captioned matter.

                                   MARGOLIS EDELSTEIN

                                   */s/George B. Codding II*
                                   George B. Codding II (Bar ID 5999)
                                   300 Delaware Ave. Ste. 800
                                   Wilmington, DE 19801
                                   Tel: 302.888.1112
                                   gcodding@margolisedelstein.com
                                   Attorney for Defendant

Dated: July 27, 2026

## CERTIFICATE OF SERVICE

I, George B. Codding II, Esquire, certify that on July 27, 2026, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notice to all counsel of record.

*/s/George B. Codding II*
George B. Codding II (Bar ID 5999)