**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID JOSEPH O'KEEFE,<br>        Plaintiff,<br><br>        v.<br><br>EAST VILLAGE HOSPITALITY, LLC,<br><br>        Defendants. | C.A. No. 26-755-CFC |

**STIPULATION TO EXTEND TIME FOR**
**DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, Plaintiff David Joseph O'Keefe ("Plaintiff") served the Complaint (D.I. 1) on Defendant East Village Hospitality, LLC ("Defendant") on July 6, 2026 (D.I. 6);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant to serve an answer is July 27, 2026; and

WHEREAS, the parties have agreed to extend this deadline by 30 days to August 26, 2026.

NOW THEREFORE, it is hereby STIPULATED and AGREED, by and between the undersigned counsel for Plaintiff David Joseph O'Keefe and Defendant East Village Hospitality, LLC, and pursuant to Fed. R. Civ. P. 6(b), that the time for said Defendant to answer, move, or otherwise respond to the Complaint in this action (D.I. 1) is extended to August 26, 2026 (from July 27, 2026). No prior extensions of time have been requested.

**IT IS SO STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Daniel A. Taylor* | */s/ George B. Codding II* |
| Neal C. Belgam (No. 2721) | George B. Codding II |
| Daniel A. Taylor (No. 6934) | Bar. No. 5999 |
| **SMITH, KATZENSTEIN & JENKINS LLP** | **Margolis Edelstein** |
| 1000 N. West Street, Suite 1501 | 300 Delaware Ave., Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 652-8400 | (302) 888-1112 |
| nbelgam@skjlaw.com | gcodding@margolisedelstein.com |
| dtaylor@skjlaw.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | |
| Dated: July 27, 2026 | Dated: July 27, 2026 |

On this _____ day of July, 2026, **IT IS SO ORDERED.**

_____
Chief U.S. District Judge
Colm F. Connolly

2