**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DAVID JOSEPH O'KEEFE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 26-00755-CFC |
| v. | : | |
| | : | |
| EAST VILLAGE HOSPITALITY, LLC | : | |
| Defendant. | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David I. Singh, Esquire and Samuel A. Robinson, Esquire to represent Defendant East Village Hospitality, LLC in the above-captioned matter.

**MARGOLIS EDELSTEIN**
*/s/ George B. Codding II*
George B. Codding II (Bar ID 5999)
300 Delaware Ave. Ste. 800
Wilmington, DE 19801
Tel: 302.888.1112
gcodding@margolisedelstein.com
Attorney for Defendant

Date: August 19, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DAVID JOSEPH O'KEEFE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 26-00755-CFC |
| v. | : | |
| | : | |
| EAST VILLAGE HOSPITALITY, LLC | : | |
| Defendant. | : | |

**ORDER GRANTING MOTION**

The Motion for Admission *Pro Hac Vice* of David I. Singh, Esquire and Samuel A. Robinson, Esquire to represent Defendant East Village Hospitality in the above-captioned action is hereby granted.

IT IS SO ORDERED this ____ day of _________________, 2026.

______________________________
United States District Judge

## CERTIFICATION FOR PRO HAC VICE ADMISSION OF LAWYER WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE LAW FOR PROFIT

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bar of the **State of Pennsylvania** and the **State of New Jersey**; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;
2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3. I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;
4. With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;
5. No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and
6. No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

*/s/ David I. Singh*
David I. Singh
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA
Tel: 215.931.5814
dsingh@margolisedelstein.com

Date: August 19, 2026

**CERTIFICATION FOR PRO HAC VICE ADMISSION OF LAWYER WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE LAW FOR PROFIT**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bar of the **State of Pennsylvania** and the **State of New Jersey**; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;
2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3. I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;
4. With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;
5. No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and
6. No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

*/s/ Samuel A. Robinson*

Samuel A. Robinson
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA
Tel: 215.931.5831
srobinson@margolisedelstein.com

Date: August 19, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DAVID JOSEPH O'KEEFE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 26-00755-CFC |
| v. | : | |
| | : | |
| EAST VILLAGE HOSPITALITY, LLC | : | |
| Defendant. | : | |

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the attached motion complies with the type, font, and word limitations set forth in Judge Connolly's November 10, 2022, Standing Order Regarding Briefing in All Cases. According to the word processing system used to prepare it, the motion contains 37 words, excluding the case caption, tables, and signature block. The text of this document, was prepared in Times New Roman, 14-point font.

**MARGOLIS EDELSTEIN**
*/s/ George B. Codding II*
George B. Codding II (Bar ID 5999)
300 Delaware Ave. Ste. 800
Wilmington, DE 19801
Tel: 302.888.1112
gcodding@margolisedelstein.com
Attorney for Defendant

Date: August 19, 2026

**CERTIFICATE OF SERVICE**

I, George B. Codding, hereby certify that on August 19, 2026, a copy of the Motion for Admission *Pro Hac Vice* and proposed Order was filed and served electronically via PACER to all counsel of record.

**MARGOLIS EDELSTEIN**
*/s/ George B. Codding II*
George B. Codding II (Bar ID 5999)
300 Delaware Ave. Ste. 800
Wilmington, DE 19801
Tel: 302.888.1112
gcodding@margolisedelstein.com
Attorney for Defendant

Date: August 19, 2026