**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ David I. Singh*
David I. Singh
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA
Tel: 215.931.5814
dsingh@margolisedelstein.com

Dated: August 19, 2026

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Samuel A. Robinson*

Samuel A. Robinson
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA
Tel: 215.931.5831
srobinson@margolisedelstein.com

Dated: August 19, 2026