IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID JOSEPH O'KEEFE,<br><br>Plaintiff,<br><br>v.<br><br>EAST VILLAGE HOSPITALITY, LLC,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 26-755-CFC |

**ORDER SETTING RULE 16(b) CONFERENCE**

1. A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Tuesday, September 22, 2026 at 1:00 p.m.** Counsel for Plaintiff shall coordinate the call and email the dial-in information to chambers at cfc_civil@ded.uscourts.gov.

2. The parties shall confer about scheduling and discovery limitations, and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order for Non-Patent Cases" **(revised on May 1, 2026),** available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order for Non-Patent Cases" form. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

8/27/26
Date

Chief Judge