**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DAVID JOSEPH O'KEEFE,

Plaintiff,

v.

EAST VILLAGE HOSPITALITY, LLC,

Defendant.

C.A. No. 26-755-CFC

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME**

WHEREAS, on August 27, 2026, the Court entered its Order Setting Rule 16(b) Conference (D.I. 15), which scheduled a telephonic scheduling conference pursuant to Federal Rule of Civil Procedure 16(b) for Tuesday, September 22, 2026 at 1:00 p.m. (D.I. 15);

WHEREAS, the Order further directs that, no later than 48 hours before the scheduling conference, the parties shall confer regarding scheduling and discovery limitations and file a proposed scheduling order using the Court's "Rule 16 Scheduling Order for Non-Patent Cases" form (D.I. 15);

WHEREAS, Plaintiff David Joseph O'Keefe ("O'Keefe") and Defendant East Village Hospitality, LLC ("East Village") (collectively, the "Parties") have met and conferred, and in view of vacation and travel schedules, require additional time to complete their discussions regarding scheduling and discovery limitations before the conference; and

WHEREAS, the Parties have agreed, subject to the approval of the Court, to extend the date of the scheduling conference, and the corresponding deadline to file the proposed scheduling order, by fourteen (14) days.

NOW THEREFORE, it is hereby stipulated and agreed, by and between the Parties, subject to the approval of the Court, that:

1. The telephonic Rule 16(b) scheduling conference currently set for September 22, 2026 at 1:00 p.m. shall be extended by fourteen (14) days to October 6, 2026 at 1:00 p.m.~~, or such other date and time as is convenient for the Court~~; and

2. The deadline for the Parties to file a proposed scheduling order using the Court's "Rule 16 Scheduling Order for Non-Patent Cases" form shall be extended accordingly to no later than 48 hours before the rescheduled scheduling conference.

Dated: September 9, 2026

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff*
*David Joseph O'Keefe*

**MARGOLIS EDELSTEIN**

*/s/ George B. Codding*
George B. Codding (No. 5999)
300 Delaware Ave.
Suite 800
Wilmington DE 19801
302.888.1112
gcodding@margolisedelstein.com

*Counsel for Defendant*
*East Village Hospitality, LLC*

IT IS SO ORDERED this 9th day of September 2026.

/s/ Colm F. Connolly
The Honorable Colm F. Connolly
Chief United States District Court Judge